# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
V.  
Sercan Akman

CITATION/CASE NO. 6:14-mj-090-MJS

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____  
DATE OF BIRTH: _____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____  
_____  
City           State           Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____          _____  
                                        Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) Penalty **ASSESSMENT** of $ 10.00              ( ) **RESTITUTION** of $ _____

( ) **PROCESSING Fee** of $ _____        ( ) **FINE** of $ 240.00

for a **TOTAL AMOUNT** of $ 250.00 ,

paid within two months                    **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments **could be subject to late/delinquent charges imposed by C.V.B.**

(✓) REVIEW/ Post Sentencing HEARING DATE: 07/28/2015  at  10:00  a. m. / p. m. in Courtroom  Yose  
( ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____  
( ) RESTITUTION / VICTIM information _____  
_____  
( ) COMMUNITY SERVICE _____ with fees not to exceed  $ _____  
to be completed by _____ with Proof mailed to the Clerk Of Court.  
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____  
(✓) PROBATION to be unsupervised / supervised for: Unsupervised Probation for 12 months. Terms and conditions: Obey all laws, report any new law violations to the Court through Counsel.  
_____

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU  
    PO Box 71363  
    Philadelphia, PA  19176-1363  
    1-800-827-2982

[ ] CLERK U.S.D.C.  
    501 "I" St., #4-200  
    Sacramento, CA  95814

[✓] CLERK U.S.D.C  
    2500 Tulare St., Rm 1501  
    Fresno, CA  93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 08/26/2014                    /s/Laurie C. Yu  
                                     U.S. MAGISTRATE JUDGE